IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DEJASIUNA HILL                                                                PLAINTIFF

v.                                  No. 4:26-cv-360-DPM

UNITED STATES POSTAL SERVICE,
David P. Steiner, Postmaster General* and
DOES, All responsible parties                                   DEFENDANTS

## ORDER

1.      Hill's application to proceed *in forma pauperis*, *Doc. 1*, is granted.  She reports neither income nor savings.

2.      The Court must screen Hill's complaint, *Doc. 2*.  28 U.S.C. § 1915(e)(2).  She says she worked for the United States Postal Service from December 2023 until she was fired in August 2025.  Hill alleges that, while employed, she suffered disparate treatment, retaliation, and was wrongly fired under Title VII and the Rehabilitation Act.  She says that she suffered a miscarriage and was penalized, but she doesn't explain in what way.  The Court infers this allegation may be connected to her claim that she was denied leave under the Family Medical Leave Act.  Hill also alleges that the Postal Service denied her training

---

* By operation of law, David P. Steiner is substituted as the defendant. Fed. R. Civ. P. 25(d).

opportunities, falsified records to support her firing, and denied her backpay. She didn't provide any other details. In her mid-April complaint, she lists nine "forthcoming" exhibits.

Hill hasn't stated a solid workplace discrimination, FLMA, or wage-theft claim because she offers few particulars. She doesn't identify her job, her discrete class, or anyone who was similarly situated but treated differently. She also doesn't give any details about her sick leave, the facts surrounding her termination, or why she believes she is entitled to back pay. And importantly, Hill hasn't stated that she timely filed a charge of discrimination with the Equal Employment Opportunity Commission, which was denied, a prerequisite for a Title VII and Rehabilitation Act claims. The Court needs more information, including her right-to-sue letter from the EEOC.

3.     Hill must file an amended complaint with more details, and any exhibits, by 22 June 2026. If she doesn't, the Court will dismiss her case without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 May 2026

–2–