IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DEJASIUNA HILL                                                          PLAINTIFF

v.                              No. 4:26-cv-360-DPM

UNITED STATES POSTAL SERVICE,
David P. Steiner, Postmaster General and
DOES, All responsible parties                              DEFENDANTS

ORDER

As directed, Hill filed an amended complaint. The Court outlined the kinds of specific information necessary to state a claim. *Doc. 4.* But she has not pleaded specific facts supporting her various claims. Other than noting her miscarriage and a car wreck, her amended complaint pleads conclusions—for example, that the Postal Service violated her Family and Medical Leave Act rights and treated other unidentified individuals more favorably. The law requires more details for a case to go forward. *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007); *Ashcroft v. Iqbal*, 556 U.S. 662, 677–78 (2009). Hill's amended complaint will be dismissed for failure to state a claim on which relief can be granted. 28 U.S.C. § 1915(e)(2).

-2-

So Ordered.

_WPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_14 July 2026_