# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

DEJASIUNA HILL                                                    PLAINTIFF

v.                                  No. 4:26-cv-360-DPM

UNITED STATES POSTAL SERVICE,
David P. Steiner, Postmaster General and
DOES, All responsible parties                                    DEFENDANTS

## JUDGMENT

Hill's amended complaint is dismissed without prejudice.

_____

D.P. Marshall Jr.
United States District Judge

14 July 2026